UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kelvin DeLoatch                          Docket No. 2:16-CR-9-1D

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kelvin DeLoatch, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and Possession with Intent to Distribute and Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced in the District of Maine by the Honorable John A. Woodcock, Jr., U.S. District Judge, on November 18, 2005, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Kelvin DeLoatch was released from custody on October 2, 2014, at which time the term of supervised release commenced. On March 15, 2016, jurisdiction was transferred from the District of Maine to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 20, 2016, DeLoatch tested positive for cocaine. He was confronted with the results on July 11, 2016, and signed a statement admitting to the validity of the test. The defendant was verbally reprimanded and counseled about his actions. As a result of his conduct, DeLoatch has been referred for substance abuse treatment at PORT Human Services. We are also recommending that he participate in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Taron N. Seburn |
| Dwayne K. Benfield | Taron N. Seburn |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2335 |
| | Executed On: August 2, 2016 |

Kelvin DeLoatch
Docket No. 2:16-CR-9-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this **10** day of **August**, 2016, and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever, III
Chief U.S. District Judge